UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREG E. LINDBERG,

                       Plaintiff,

       -against-                                         20 **CIVIL** 8231 (LAK)

## JUDGMENT

DOW JONES & COMPANY, INC.,

                       Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 16, 2022, the FAC fails to state a claim upon which relief may be granted, and plaintiff's motion to dismiss it is granted. In the circumstances, there is no need to address the second ground on which defendant seeks dismissal of the tortious interference claim.

**Dated:** New York, New York

        March 25, 2022

                                                             **RUBY J. KRAJICK**

                                                             Clerk of Court

                               BY:

                                                             **Deputy Clerk**